# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 3:18-CR-076-RCJ-(CBC) |
| Plaintiff, ) | |
| v. ) | Preliminary Order of Forfeiture |
| URBANO GONZALEZ-MARTIN, ) | |
| Defendant. ) | |

This Court finds that defendant URBANO GONZALEZ-MARTIN pled guilty to Count One of a One-Count Indictment charging him with Felon in Possession of Firearms in violation of Title 18, United States Code, Section 922(g)(1). Indictment, ECF No. 12; Amended Change of Plea, ECF No. 59; Plea Agreement, ECF No. 60.

This Court finds defendant URBANO GONZALEZ-MARTIN agreed to the forfeiture of the property set forth in the Forfeiture Allegation of the Indictment and as referenced in the Plea Agreement. Indictment, ECF No. 12; Amended Change of Plea, ECF No. 59; Plea Agreement, ECF No. 60.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Plea Agreement and the Forfeiture Allegation of the Indictment and the offense to which defendant URBANO GONZALEZ-MARTIN pled guilty.

The following property is subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) with Title 28, United States Code, Section 2461(c):

|   | **Firearm Make** | **Firearm Model** | **Type** | **Caliber** | **SN** |
|---|---|---|---|---|---|
| 1 | Ruger | | Pistol | 22LR | 49085907 |
| 2 | S&W | 57 | Revolver | 41Mag | N125148 |
| 3 | Sierra Arms | | Rifle | 7.62x39 | AP2152 |
| 4 | Aero Precision Inc. | X15 | Rifle | 223 | USA 19108 |
| 5 | Century Arms | M-74 | Rifle | 5.45x39 | CC8375 |
| 6 | Marlin | 60 | Rifle | 22LR | 14422666 |
| 7 | Anderson Manufacturing | AM-15 | Rifle | 223/Multi | 17018827 |
| 8 | Interarms | 65 SRC | Rifle | 44Mag | M021750 |
| 9 | Anderson Manufacturing | AM-15 | Rifle | Multi | 16415227 |
| 10 | Ruger | SR-556 | Rifle | 556 | 591-29398 |
| 11 | Ruger | 10-22 | Rifle | 22LR | 829-64503 |
| 12 | Norinco | SKS 93 | Rifle | 7.62x39 | 13149 |
| 13 | CZ | Scorpion EVO 3S1 | Rifle-Class 3 | 9x19 | 135653 |
| 14 | Keltec | RFB | Rifle | 7.62 | T2J58 |
| 15 | Sig Saur | S22 | Rifle | 22LR | XA033578 |
| 16 | | SKS | Rifle | | 50133 |
| 17 | Good Times Outdoors | CXV Core15 | Rifle | 223-556 | GTOC015383 |
| 18 | Coast to Coast | Master Mag CC660 | Shotgun | 410 | H192703 |
| 19 | Mossberg | 930 | Shotgun | 12 | AF071164 |
| 20 | Aero Precision Inc. | SPR-2 | Rifle | 7.62 | 000687 |
| 21 | Kriss | Vector | Rifle | 9 | 919C005468 |
| 22 | Delton | DTI-15 | Rifle | 556 | DTI-S019208 |
| 23 | Savage | 93 | Rifle | 17 | 1480587 |
| 24 | Remington | 17 | Shotgun | 12 | 31588 |
| 25 | Mossberg | 500A | Shotgun | 12 | R288568 |
| 26 | New England Firearms | Sportster | Rifle | 17 | NU350633 |
| 27 | Daisy | 2201 | Rifle | 22LR | AA0008572 |
| 28 | Marlin | 70P | Lower | 22 | 07295211 |
| 29 | Savage | A17 | Rifle | 17 | K271373 |
| 30 | Ruger | 10-22 | Rifle | 22 | 353-49522 |
| 31 | Joe Bob Outfitters | ML15 | Lower | Multi | KS-03331 |
| 32 | Noreen Arms | BBN-223 | Lower | Multi | N3808 |
| 33 | Ruger | Mark II | Pistol | 22LR | 19-22300 |
| 34 | Savage | 93 | Rifle | 22 | 2096042 |
| 35 | Norinco | Olympia TT Pistol | Pistol | 22LR | 2287 |
| 36 | CZ-USA | CZP07 | Pistol | 9x19 | B942727 |
| 37 | Smith & Wesson | M&P M2.0 | Pistol | 9 | HWY3955 |
| 38 | Spikes Tactical | ST15 | Rifle | Multi | 012785 |
| 39 | Sporting Arms | Snake Charmer II | Shotgun | 410 | 2707 |
| 40 | Palmetto State Armory | PA15 | Rifle | 223 | LW147050 |
| 41 | Tanfoglio | Witness | Pistol | 9 | EA45481 |
| 42 | Joe Bob Outfitters | | Rifle | 308 | KS 03293 |
| 43 | Winchester | 1906 | Rifle | 22 | 409910 |
| 44 | Ruger | 10-22 | Rifle | 22LR | 187912 |
| 45 | Mitchel | High Standard | Shotgun | 12 | 692535 |
| 46 | Ruger | 10-22 | Rifle | 22 | 353-49073 |
| 47 | Rossi | | Rifle | 22LR | G92125 |
| 48 | Glock | 19 Gen 4 | Pistol | 9x19 | BDUV696 |
| 49 | S&W | 622 | Pistol | 22 | TFN8930 |

2

| 50 | IMEZ/Russia | Makarov PM/IJ70-18A | Pistol | 9 | AKB8116 |
|----|-------------|---------------------|--------|---|---------|
| 51 | North American Arms | | Revolver | 22mag | Y6171 |
| 52 | Canik | TP9 SFX | Pistol | 9x19 | T6472-17 |
| 53 | Ruger | Single Six | Revolver | 22 | 268-61459 |
| 54 | Marlin | 70P | Rifle | 22 | 11360672 |
| 55 | Rossi | | Revolver | 357mag | F069573 |
| 56 | Marlin | 70P | Rifle | 22LR | 11244133 |
| 57 | | SKS | Rifle | 7.62x39 | CCP16627 |
| 58 | S&W | Pro Series 1911 | Pistol | 9 | UCU5256 |
| 59 | Glock | 22 | Pistol | 40 | G64510 |
| 60 | Colt | Mark IV Series 80 Government | Pistol | 45 | FG82785 |
| 61 | Beretta | | Pistol | 9 | TX02729 |
| 62 | Zastava Arms | CZ999 | Pistol | 40 | A000148 |

(all of which constitutes property).

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of URBANO GONZALEZ-MARTIN in the aforementioned property are forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served

///

1  with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code,
2  Section 853(n)(2).

3  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or
4  entity who claims an interest in the aforementioned property must file a petition for a hearing to
5  adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be
6  signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code,
7  Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature
8  and extent of the petitioner's right, title, or interest in the forfeited property and any additional
9  facts supporting the petitioner's petition and the relief sought.

10  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be
11  filed with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building,
12  400 South Virginia Street, 3rd Floor, Reno, NV 89501, no later than thirty (30) days after the
13  notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of
14  the publication on the official internet government forfeiture site, www.forfeiture.gov.

15  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if
16  any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at
17  the following address at the time of filing:

18      Greg Addington
    Assistant United States Attorney
19      400 South Virginia Street, Suite 900
    Reno, NV 89501
20

21  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described
22  herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate
23  agency following publication of notice of seizure and intent to administratively forfeit the above-
24  described property.
25  / / /
26  / / /

4

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED this __ 9th day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE

5