# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>URBANO GONZALEZ-MARTIN,<br><br>Defendant. | 3:18-cr-00076-RCJ-CLB<br><br><br>**ORDER** |

Leave of Court is granted for the filing of the foregoing motion to dismiss pursuant to Fed. R. Crim. P. 48(a); and

IT IS THEREFORE ORDERED that the indictment against URBANO GONZALEZ-MARTIN is hereby DISMISSED.

Dated this 6th day of July, 2020.

_____
ROBERT C. JONES,
UNITED STATES DISTRICT JUDGE